

# 📲 Why are tech stocks falling?

Monday, March 8, 2021 by **Robinhood Snacks** | **Disclosures**



*Correct yourself, before you wreck yourself*

### Last Week's Market Moves

| Dow Jones | S&P 500 | Nasdaq |
|---|---|---|
| 31,496 (+1.82%) | 3,842 (+0.81%) | 12,920 (-2.06%) |

| Bitcoin | | |
|---|---|---|
| $48,665 (+2.62%) | | |

**Hey Snackers,**

Happy International Women's Day! This year's theme is "Choose to Challenge." It was created to celebrate women's achievements — and inspire us to continue challenging gender injustices in the world today.

The US economy added an expectation-beating 379K jobs in February, thanks to a sharp rebound in restaurant hiring. On Saturday, the Senate narrowly passed President Biden's $1.9T Covid relief package. Tomorrow, the House votes on approving changes made by the Senate.

On our pod: A 10-second video of LeBron dunking just sold for $200K. We're talking Non-Fungible Tokens (NFTs) on our snackable pod.

Correct

# 1. Tech stocks move toward "correction" territory: we break it down

**Do you remember?...** the 21st of December (cue: Earth, Wind, and Fire jam). Back then: the stock market was hitting record highs left and right, and tech stocks were leading the charge. After peaking in mid-February, markets have fallen back to around December levels. Tech stocks got hit especially hard: the tech-heavy Nasdaq index is down 8% from its February 12th peak, and is up less than 2% for the year (after being up 11% at its high).

- **Tech stocks are near "correction" territory:** A drop of 10% or more from the most recent high. Corrections can hit assets (like stocks), indexes (like the Nasdaq), or entire markets. On Friday, the Nasdaq briefly hit a correction, when it was down 12% since Feb. 12.
- **Big Tech influences the whole market,** which is reflected in the S&P 500 index. On Feb. 12: Apple, Microsoft, Amazon, Tesla, and Facebook made up a whopping 21% of the S&P 500's value.
- **BTW:** If the market falls *20%* below its recent peak, it turns from a correction into a "bear market." We saw that happen from February to March of last year, when Covid hit.

**Why it's going down...** Some investors think the tech sector is overvalued. Rising interest rates and inflation fears are also a huge part of it. Some worry that the Fed will raise interest rates to curb potential inflation, despite Jerome Powell saying (multiple times) that it's unlikely to happen soon. To see why higher interest rates can be bad for stocks, check out our explainer.

- **Combine these with the vaccine rollout and economic recovery,** and you'll see why stocks that were crushing it mid-pandemic are falling now.
- A few examples: Peloton, Zoom, Square, and Teladoc are all down over 20% since February's peak.

**THE TAKEAWAY**

**Corrections are normal...** For long-term investors, a correction can be like a small dip in the hill toward reaching investing goals. Historically, the market has recovered from corrections (though some took longer than others). While they might be painful short-term, corrections can help "correct" the prices of overvalued stocks. Markets were frothy at their peak — a correction is kind of like a barista skimming off foam. In the past, they've been followed by periods of growth. The US stock market has had more than 25 corrections since WWII.

Highs

# 2. Who's up...

**Right in the bullseye...** Target nailed it last year. Sales jumped a record 20%, up $15B+ from 2019 — that's more than Target's total sales growth *over the last 11 years*. Online order pickup and delivery soared, as you grabbed mini waffle makers *curbside*. Target's 1.9K US stores are key to its success: Tarjay uses stores as fulfillment hubs, and 95% of sales came from stores in 2020. Customers who shop both in-store *and* digitally spend ~4X more money than those who shop only in-store — and nearly 10X more than online-only shoppers. That's why Target plans to invest $4B into stores each year.

**Forgot the cashew pesto... Instacart** raised $265M in fresh funding, catapulting it to a $39B valuation — that's more than *double* its last valuation in October. It's the second time in a year that Instacart's valuation has doubled after bagging venture capital $$$. No shocker there: grocery and delivery have thrived during the pandemic — Instacart has both. In June of last year, Instacart claimed more than half of the online grocery delivery market. Now, it's reportedly considering going public through a direct listing.

Lows

## 3. ...and who's down

**Chip-pocalypse Now...** The global chip shortage is continuing to hurt car makers, from GM to Ford. The latest to get hit: Tesla's Chinese rival Nio. Nio shares plunged 17% for the week, after it said that chip-pocalypse will hurt its electric car production next quarter. FYI: the average car contains 50 to 150 chips. Nio's production capacity will fall to 7.5K cars per month, down from 10K. But Nio's founder expects they can bump up production again in July.

**Call me by your name...** Oscar is the Millennial startup that's simplifying health insurance. ICYMI: American health insurance is (in)famously complex. Oscar wants to put a friendly face on it. Oscar's NYSE debut was less friendly: the stock has plunged 14% since Oscar went public on Wednesday. Investors weren't wowed by its 2020 earnings: sales fell 5% from 2019, and it lost $407M. But Oscar could benefit from the growth of the gig economy, since its core customers *don't* have insurance through employers (think: DoorDash drivers).

## What else we're Snackin'

- Check: How the Senate's $1.9T stimulus bill differs from the House version.

- Learn: 11 simple ways to improve your memory (we already forgot them).

- Sweat: This is your brain on exercise — it's a workout for your mind, too.

- Act: How to follow up with someone who's not getting back to you (the right way).

- Do: Six habits for living a full life, with six #inspiring quotes to match.

- Achieve: How a woman who came to the US with $300 became a NASA flight director.

## Snacks Daily Podcast

*"Amazon Go as a service... or Amazon GaaS, for short."*

Airport legend **Hudson** opened an Amazon-powered cashierless store, so you can grab Cheetos mid-sprint to C1. But **Amazon** is also opening its *own* stores.

The big question: own or license? Tune in to our 15-minute pod to find out.

  

## Snack Fact of the Day

In 1893, New Zealand became the first country to give women the right to vote (but not run for office) — the last was Saudi Arabia in 2015

## This Week

- **Monday:** International Women's Day. Earnings expected from **H&R Block**

- **Tuesday:** Earnings expected from **Stitch Fix** and **Dick's Sporting Goods**

- **Wednesday:** Earnings expected from **Bumble**, **Campbell Soup**, and **Asana**. **Roblox** goes public via direct listing.

- **Thursday:** One-year anniversary of the pandemic. Weekly jobless claims. Earnings expected from **Oracle**, **DocuSign**, **Poshmark**, **GoodRx**, and **Ulta**

- **Friday:** First anniversary of Broadway theaters closing in the pandemic.

Authors of this Snacks own shares of: GM, Apple, Amazon, Tesla, Square, and Microsoft

ID: 1553535

## Subscribe to Robinhood Snacks

name@example.com 

   

Our Editorial Principles

Robinhood Financial LLC and Robinhood Crypto, LLC are wholly-owned subsidiaries of Robinhood Markets, Inc. Equities and options are offered to self-directed customers by Robinhood Financial. Robinhood Financial is a member of the Financial Industry Regulatory Authority (FINRA) and the Securities Investor Protection Corporation (SIPC), which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org. Cryptocurrency trading is offered through an account with Robinhood Crypto. Robinhood Crypto is not a member of FINRA or SIPC. Cryptocurrencies are not stocks and your cryptocurrency investments are not protected by either FDIC or SIPC insurance.

Getting "early access" to options or Web is defined as signing up with a valid email address for a spot in Robinhood Financial's respective waitlist queues for Web or for options. Getting "early access" to Robinhood Crypto is defined as signing up with a valid email address for a spot in Robinhood Crypto's waitlist queue. Early access to the waitlist for Web, options, or Robinhood Crypto should in no way be construed as confirmation that a brokerage account with Robinhood Financial has been opened or will even be approved for opening. Priority may be given to Robinhood Gold subscribers and existing customers of Robinhood Financial.

Free trading of stocks and options refers to $0 commissions for Robinhood Financial self-directed individual cash or margin brokerage accounts that trade U.S. listed securities via mobile devices or Web. Relevant SEC & FINRA fees may apply. Please see the Fee Schedule.

Robinhood Financial is currently registered in the following jurisdictions. This is not an offer, solicitation of an offer, or advice to buy or sell securities, or open a brokerage account in any jurisdiction where Robinhood Financial is not registered. Additional information about your broker can be found by clicking here.

Margin trading involves interest charges and risks, including the potential to lose more than deposited or the need to deposit additional collateral in a falling market. Before using margin, customers must determine whether this type of trading strategy is right for them given their specific investment objectives, experience, risk tolerance, and financial situation. For more information please see Robinhood Financial's Margin Disclosure Statement, Margin Agreement and FINRA Investor Information. These disclosures contain information on Robinhood Financial's lending policies, interest charges, and the risks associated with margin accounts.

Investors should consider the investment objectives and unique risk profile of Exchange Traded Funds (ETFs) carefully before investing. ETFs are subject to risks similar to those of other diversified portfolios. Leveraged and Inverse ETFs may not be suitable for all investors and may increase exposure to volatility through the use of leverage, short sales of securities, derivatives and other complex investment strategies.

Although ETFs are designed to provide investment results that generally correspond to the performance of their respective underlying indices, they may not be able to exactly replicate the performance of the indices because of expenses and other factors. A prospectus contains this and other information about the ETF and should be read carefully before investing. Customers should obtain prospectuses from issuers and/or their third party agents who distribute and make prospectuses available for review. ETFs are required to distribute portfolio gains to shareholders at year end. These gains may be generated by portfolio rebalancing or the need to meet diversification requirements. ETF trading will also generate tax consequences. Additional regulatory guidance on Exchange Traded Products can be found by clicking here.

Options transactions may involve a high degree of risk. Please review the options disclosure document entitled the Characteristics and Risks of Standardized Options available through https://about.robinhood.com/legal or https://www.theocc.com to learn more about the risks associated with options trading.

The cash management program is expected to be offered by Robinhood Financial LLC. The cash management program, when operational, will be an added program to Robinhood brokerage accounts and will not be a separate account or a bank account. Robinhood Financial will provide additional information on the cash management program once it is operational to help customers, including those with "early access," to determine if they want to add the program to their brokerage account.

Robinhood Snacks newsletters and podcasts reflect the opinions of only the authors who are associated persons of Robinhood Financial LLC and do not reflect the views of Robinhood Markets, Inc. or any of its subsidiaries or affiliates. They are meant for informational purposes only, are not intended to serve as a recommendation to buy or sell any security in a self-directed Robinhood account or any other account, and are not an offer or sale of a security. They are also not research reports and are not intended to serve as the basis for any investment decision. Any third-party information provided therein does not reflect the views of Robinhood Markets, Inc., Robinhood Financial LLC, or any of their subsidiaries or affiliates. All investments involve risk and the past performance of a security or financial product does not guarantee future results or returns. Keep in mind that while diversification may help spread risk, it does not assure a profit or protect against loss. There is always the potential of losing money when you invest in securities or other financial products. Investors should consider their investment objectives and risks carefully before investing. The price of a given security may increase or decrease based on market conditions and customers may lose money, including their original investment. Robinhood Financial LLC, member FINRA/SIPC.

Testimonials may not be representative of the experience of other customers and are not guarantees of future performance or success. Robinhood Financial LLC, member FINRA/SIPC.

Third party information provided for product features, communications, and communications emanating from social media communities, market prices, data and other information available through Robinhood Markets, Inc., Robinhood Financial LLC or Robinhood Crypto, LLC are meant for informational purposes only and are not intended as an offer or solicitation for the purchase or sale of any financial instrument or cryptocurrency or as an official confirmation of any transaction. The information provided is not warranted as to completeness or accuracy and is subject to change without notice. Any information about Robinhood Crypto on any Robinhood website (including www.robinhood.com and blog.robinhood.com), the Robinhood platform, e-mails, or any other communications, are meant for informational purposes only and are not intended as an offer, solicitation, or advertisement for Robinhood Crypto or any goods or services offered by Robinhood Crypto. The Robinhood website provides its users links to social media sites and email. The linked social media and email messages are pre-populated. However, these messages can be deleted or edited by users, who are under no obligation to send any pre-populated messages. Any comments or statements made herein do not reflect the views of Robinhood Markets Inc., Robinhood Financial LLC, Robinhood Crypto, LLC, or any of their subsidiaries or affiliates.

Investors should be aware that system response, execution price, speed, liquidity, market data, and account access times are affected by many factors, including market volatility, size and type of order, market conditions, system performance, and other factors.

All investments involve risk and the past performance of a security, or financial product does not guarantee future results or returns. Keep in mind that while diversification may help spread risk it does not assure a profit, or protect against loss, in a down market. There is always the potential of losing money when you invest in securities, or other financial products. Investors should consider their investment objectives and risks carefully before investing.

Cryptocurrency is a digital representation of value that functions as a medium of exchange, a unit of account, or a store of value, but it does not have legal tender status. Cryptocurrencies are sometimes exchanged for U.S. dollars or other currencies around the world, but they are not currently backed nor supported by any government or central bank. Their value is completely derived by market forces of supply and demand, and they are more volatile than traditional currencies. Trading in cryptocurrencies comes with significant risks, including volatile market price swings or flash crashes, market manipulation, and cybersecurity risks. In addition, cryptocurrency markets and exchanges are not regulated with the same controls or customer protections available in equity, option, futures, or foreign exchange investing. Cryptocurrency trading requires knowledge of cryptocurrency markets. In attempting to profit through cryptocurrency trading, you must compete with traders worldwide. You should have appropriate knowledge and experience before engaging in substantial cryptocurrency trading. Cryptocurrency trading may not generally be appropriate, particularly with funds drawn from retirement savings, student loans, mortgages, emergency funds, or funds set aside for other purposes. Cryptocurrency trading can lead to large and immediate financial losses. Under certain market conditions, you may find it difficult or impossible to liquidate a position quickly at a reasonable price. This can occur, for example, when the market for a particular cryptocurrency suddenly drops, or if trading is halted due to recent news events, unusual trading activity, or changes in the underlying cryptocurrency system. Several federal agencies have also published advisory documents surrounding the risks of virtual currency. For more information see, the CFPB's Consumer Advisory, the CFTC's Customer Advisory, the SEC's Investor Alert, and FINRA's Investor Alert.

Robinhood Crypto, LLC has a seller of payment instruments license in Georgia, with reference number 61417.

Robinhood Crypto, LLC has a money transmitter license in New Jersey, with reference number 1803456-C22.

Please note that an Alaska money transmission license does not cover the transmission of virtual currency.

Check the background of Robinhood Financial LLC and Robinhood Securities, LLC on FINRA's BrokerCheck.

Robinhood Terms & Conditions   Disclosure Library   Contact Us   FAQ

© 2021 Robinhood. All rights reserved.