UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| O'SHEA JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBINHOOD MARKETS, INC., A DELAWARE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02304-LB<br><br>**JUDGMENT** |

On September 20, 2021, the court granted Robinhood's motion to dismiss and dismissed the case with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 20, 2021

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 21-cv-02304-LB